IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                       Case No: 3:00cr45/RV
                                    3:06cv37/RV/MD

KEVIN MICHAEL KELLY
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 30, 2006. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 641) is summarily DISMISSED as untimely.

DONE AND ORDERED this 1st day of March, 2006.

                                               /s/ _Roger Vinson_
                                               **ROGER VINSON**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**